IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST.LOUIS DIVISION

FILED
MAR 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

MICHAEL D. ROBINSON (R-16701), )
)
       Petitioner, )
) Case No. 08-162-JPG
vs. )
)
DONALD HULICK, Warden, )
Menard Correctional Center, )
)
       Respondent. )

IN FORMA PAUPERIS APPLICATION
AND FINANCIAL AFFIDAVIT

NOW COMES Petitioner, Michael D. Robinson, in propria persona, in the above-entitled cause and moves in this Honorable Court pursuant to 28 U.S.C. §1915, for an ORDER granting this application to proceed in forma pauperis, without being required to prepay fees, costs or give security therefor, and in support thereof, respectfully states as follows.

(1). That Petition, Michael D. Robinson ("Petitioner"), due to proverty status is unable to pay fees, costs or give security thereof for the filing and proceedings of his Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. §2254 By A Person In State Custody .

(2). That Petitioner is currently incarcerated at the Menard Correctional Center, P.O. Box 711, Menard, Illinois 62259; Register Number R-16701.

(3). That Petitioner is currently unemployed.

(4). That Petitioner has a balance of $ 2.16 in his prison trust fund account. (See EXHIBIT "A" - Inmate Trust Fund Statement; and EXHIBIT "B" - Certificate, attached to Affidavit.)

(5). That Petitioner's only resources come from Institutional State Pay (when the Institution is not on lockdown), and from gifts from family and friends to provide for his basic life necessities purchased from commissary. (See, EXHIBIT "A", attached to Affidavit.)

(6). That Petitioner has no other source of income and does not own any cash, bank accounts, real estate, stocks, bond, notes, automobiles or other valuable property.

Wherefore, your Petitioner respectfully prays for the granting of this application to proceed in forma paperis in the above-entitled cause and for other such relief deemed just, equitable and appropriate.

Respectfully submitted;

*Michael D. Robunson*
Michael D. Robunson, Pro Se
Reg. No. R-16701
Menard Correctional Center
P.O. Box 711
Menard, Illinois 62259

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF RANDOLPH )

### CERTIFICATION OF VERIFICATION

I, Michael D. Robinson, being first duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am Petitioner in the above-entitled cause and have read the above IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT and the information contained therein is true and correct in substance and in fact to the best of my knowledge and belief and I affix my hand to sign this 27 day of February, 2008, attesting to the truth thereof.

/s/ *Michael D Robinson*
Michael D. Robinson, Affiant

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST.LOUIS DIVISION

MICHAEL D. ROBINSON (R-16701), )
                                )
          Petitioner,           )
                                )
vs.                             )   Case No. _____
                                )
DONALD HULICK, Warden,          )
Menard Correctional Center,     )
                                )
          Respondent.           )

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF RANDOLPH  )

FINANCIAL AFFIDAVIT OF MICHAEL D. ROBINSON
IN SUPPORT OF IN FORMA PAUPERIS APPLICATION

I, Michael D. Robinson, being first duly sworn upon oath, declares under the penalty of perjury, states as follows.

(1). I, Michael D. Robinson, am the Petitioner in the above-entitled cause and make this affidavit in support of my in forma pauperis application.

(2). I, Michael D. Robinson, am presently unemployed. My last date of employment was February 17, 2008, as a prison chow hall worker and I received wages of $20.00 per month.

(3). I, Michael D. Robinson, have not received any money within the past twelve months from any of the following sources;

(a). Business, profession or form of self-employment.

(b). Rent payments, interest or dividends.

(1 of 3)

(c). Pensions, annuities or life insurance payments.

(d). Gifts or inheritances, except for the small gifts from family and friends to provide for my basic life necessities from commissary purchases. (<u>See</u>, attached, EXHIBIT "A" - Inmate Trust Fund Statement.)

(e). Any other sources, except, monthly institutional State Pay (when the institution is not on lockdown.).

(4). I, Michael D. Robinson, do not own cash, or have money in a checking or savings account. I have $ 2.16 in my prison trust account. (<u>See</u>, attached, EXHIBIT "B" - Certificate.)

(5). I, Michael D. Robinson, do not own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household funishings and clothing).

(6). I, Michael D. Robinson, has no one dependent upon him.

(7). I, Michael D. Robinson has not previously had prior litigation in the Federal Courts nor requested prior in forma pauperis status. I, Michael D. Robinson proceeded in forma pauperis throughout all State Court proceedings.

(8). I, Michael D. Robinson, submit that my Writ of Habeas Corpus Petition is submitted in good faith and contains meritorious claims of violations of my consitutional rights.

Further Affiant sayeth not.

/s/ *Michael D Robinson*
Michael D. Robinson, Affiant
Reg. No. R-16701
Menard Correctional Center
P.O. Box 711
Menard, Illinois 62259

(2 of 3)

DECLARATION UNDER THE PENALTY OF PERJURY

I, Michael D. Robinson, being first duly sworn upon oath, declare under the penalty of perjury as provided by law pursuant to 28 U.S.C. §1746, that I am the Petitioner/Affiant in the above-entitled cause of action, that I have read the foregoing FINANCIAL AFFIDAVIT OF MICHAEL D. ROBINSON IN SUPPORT OF IN FORMA PAUPERIS APPLICATION and the information contained therein is true and correct in substance and in fact to the best of my knowledge, except as to matters stated to be on information and belief and as to such matters as foregoing that I believe the same to be true and I affix my hand to sign this 27 day of February, 2008, attesting to the truth thereof.

I, Michael D. Robinson, authorize the agency having custody of my person to withdraw from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. §1915.

DATE: February 27, 2008                /s/ _Michael D Robinson_
                                       Michael D. Robinson, Affiant

(3 of 3)

Date: 2/14/2008  
Time: 3:54pm  
d_list_inmate_trans_statement_composite

Case 1:08-cv-04027  Document 2  Filed 03/03/2008  Page 6 of 7

**Menard Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

EXHIBIT "A"

Page 1

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: R16701;   Active Status Only ? : No;   Print Restrictions ? : Yes; Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R16701 Robinson, Michael D.**                     **Housing Unit: MEN-SU-07-43**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.20 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 | | P/R month of 07/2007 | 20.16 | 20.36 |
| 08/21/07 | Point of Sale | 60 Commissary | 233779 | 663932 | Commissary | -20.33 | .03 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250159 | | P/R month of 08/2007 | 10.48 | 10.51 |
| 09/28/07 | Disbursements | 81 Legal Postage | 271359 | Chk #81954 | 41508, DOC: 523 Fund Reimburse, Inv. Date: 08/27/2007 | -4.60 | 5.91 |
| 09/28/07 | Disbursements | 81 Legal Postage | 271359 | Chk #81954 | 41509, DOC: 523 Fund Reimburse, Inv. Date: 08/27/2007 | -2.16 | 3.75 |
| 09/28/07 | Disbursements | 81 Legal Postage | 271359 | Chk #81954 | 41517, DOC: 523 Fund Reimburse, Inv. Date: 08/27/2007 | -2.16 | 1.59 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | 21.77 | 23.36 |
| 10/12/07 | Disbursements | 84 Library | 285359 | Chk #82088 | 41685, DOC: School Dist. Libra, Inv. Date: 08/28/2007 | -11.75 | 11.61 |
| 10/15/07 | Point of Sale | 60 Commissary | 288774 | 674749 | Commissary | -11.56 | .05 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | P/R month of 10/2007 | 20.92 | 20.97 |
| 11/15/07 | Point of Sale | 60 Commissary | 319767 | 682209 | Commissary | -17.42 | 3.55 |
| 11/30/07 | Disbursements | 90 Medical Co-Pay | 334359 | Chk #82966 | 49979, DOC: 523 Fund Inmate Re, Inv. Date: 11/26/2007 | -2.00 | 1.55 |
| 11/30/07 | Disbursements | 80 Postage | 334359 | Chk #82966 | 49400, DOC: 523 Fund Inmate Re, Inv. Date: 11/16/2007 | -.97 | .58 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 19.20 | 19.78 |
| 12/10/07 | Point of Sale | 60 Commissary | 344779 | 685429 | Commissary | -17.07 | 2.71 |
| 12/17/07 | Point of Sale | 60 Commissary | 351779 | 687938 | Commissary | -2.54 | .17 |
| 01/07/08 | Mail Room | 01 MO/Checks (Not Held) | 007245 | 700977 | Dent, Audrey | 21.00 | 21.17 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 17.36 | 38.53 |
| 01/14/08 | Point of Sale | 60 Commissary | 014767 | 692381 | Commissary | -22.72 | 15.81 |
| 01/24/08 | Point of Sale | 60 Commissary | 0247116 | 695177 | Commissary | -11.84 | 3.97 |
| 01/31/08 | Disbursements | 80 Postage | 031359 | Chk #84002 | 55802, DOC: 523 Fund Inmate Re, Inv. Date: 01/17/2008 | -1.81 | 2.16 |
| 01/31/08 | Disbursements | 90 Medical Co-Pay | 031359 | Chk #84002 | 56516, DOC: 523 Fund Inmate Re, Inv. Date: 01/28/2008 | -2.00 | .16 |
| 02/07/08 | Payroll | 20 Payroll Adjustment | 038159 | | P/R month of 01/2008 | 16.08 | 16.24 |
| 02/11/08 | Point of Sale | 60 Commissary | 0427120 | 697843 | Commissary | -14.08 | 2.16 |

| | |
|---|---|
| **Total Inmate Funds:** | 2.16 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 2.16 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

EXHIBIT "A"

EXHIBIT "B"

## CERTIFICATE

THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER

Name of Plaintiff/Petitioner; **Michael Robinson**

Institution where confined; **Menard Correctional Center**

Register number; **R-16701**

THIS SECTION IS FOR COMPLETION BY AN <u>AUTHORIZED OFFICER</u>
OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may <u>not</u> write below this line. Please complete the following certificate for the plaintiff/petitioner named and decribed above.

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A CERTIFIED PRINT-OUT OF
ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT
FOR THE PAST TWELVE MONTHS.**

I hereby certify that _MICHAEL D. ROBINSON_, currently
(Name of plaintiff/petitioner)

has $_2.16_ on account to his credit at _MENARD CC_.
(Institution where confined)

DATED: _2/14/08_

_Goldine Berry_
Signature of Authorized Officer
of the above Institution

EXHIBIT "B"