**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue, P. O. Box 249
East St. Louis, IL 62202
618/482-9371

*March 3, 2008*

**NOTIFICATION THAT YOUR COMPLAINT/PETITION
HAS BEEN FILED (WITHOUT FEE)**

To:   Michael D. Robinson
      R16701

Re:   Robinson vs Hulick

Case No.   08-162-JPG

This is to advise you that our office has received your complaint/petition and motion and affidavit in support of request to proceed in forma pauperis. Your request to proceed without payment of fees and cost of security is presently under consideration. When a decision is reached, a copy of the Courts Order will be mailed to you.

Please forward all future pleadings/documents/papers to the above address using the above assigned case number.

Sincerely,

NORBERT G. JAWORSKI, Clerk


s/ Jo Ann Juengel
Deputy Clerk