# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:08−cv−00162−JPG

Robinson v. Hulick  
Assigned to: Judge J. Phil Gilbert  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/03/2008  
Date Terminated: 07/09/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Michael D Robinson**   represented by   **Michael D Robinson**  
R16701  
MENARD CORRECTIONAL CENTER  
711 Kaskaskia Street  
PO Box 711  
Menard, IL 62259  
PRO SE

V.

**Respondent**

**Donald Hulick**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | PETITION for Writ of Habeas Corpus filed by Michael D Robinson.(jaj) (Entered: 03/03/2008) |
| 03/03/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by Michael D Robinson. (jaj) (Entered: 03/03/2008) |
| 03/03/2008 | 3 | MOTION to Appoint Counsel by Michael D Robinson. (jaj) (Entered: 03/03/2008) |
| 03/03/2008 | 4 | Letter from USDC/SDIL to Petitioner informing him of case number. (jaj) (Entered: 03/03/2008) |
| 03/20/2008 |   | Initial Filing fee received: $ 5.00, receipt number 34625004839 (dkd ) (Entered: 03/20/2008) |
| 07/09/2008 | 5 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to United States District Court for the Northern District of Illinois, Eastern Division.. Signed by Judge J. Phil Gilbert on 7/9/2008. (jwt) (Entered: 07/09/2008) |