UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

Michael Dobbins, Clerk
United States District Court, Clerk's Office
219 South Dearborn, 20th Floor
Chicago, IL 60604
(08cv4027)

RECEIVED AUG 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv4027

**FILED**

AUG 01 2008  TG
Aug 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief Of Criminal Appeals<br>Illinois Attorney General's Office<br>100 W. Randolph, 12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>JUL 21 2008<br>Office Of The Attorney General<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 5846 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540