IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL ROBINSON, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No.  08 C 4027 |
| DONALD HULICK, Warden, | ) ) | The Honorable Joan B. Gottschall, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

**To:**   Michael D. Robinson, No. R16701
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Il. 62259

On Thursday, August 14, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Joan B. Gottschall in Room 2325, or any judge sitting in her stead in the courtroom usually occupied by her, at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PETITION FOR WRIT OF HABEAS CORPUS.

.

          LISA MADIGAN
Attorney General of Illinois

By:   s/Russell K. Benton_____
RUSSELL K. BENTON, Bar # 6203142
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2113
FAX: (312) 814-5166
E-MAIL: Rbenton@atg.state.il.us